*Order Entered May 14, 2003*:

SEKULOV V CITY OF WARREN, Docket No. 228159. On reconsideration fol-
lowing remand from the Supreme Court, 468 Mich 863 (2003), in light of
*Adams v Dep't of Transportation*, 253 Mich App 431 (2002), we affirm the
trial court's grant of summary disposition for defendant Macomb County.
Because the decision in *Nawrocki v Macomb Co Rd Comm*, 463 Mich 143;
615 NW2d 702 (2000), and, by implication, the decision in *Hanson v
Mecosta Co Bd of Co Rd Comm'rs*, 465 Mich 492; 638 NW2d 396 (2002),
must be applied retroactively, plaintiff's claims do not fall within the high-
way exception to governmental immunity, MCL 691.1402(1). Our previous
affirmance of the grant of summary disposition with respect to defendant
city of Warren remains valid for the reasons stated in Part IV of our earlier
opinion, *Sekulov v Warren*, 251 Mich App 333; 650 NW2d 397 (2002),
which opinion was vacated by the Supreme Court in the order remanding
this matter for our reconsideration.